UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIFFANY SHADDUCK, an individual,

    Plaintiff,

v.      Case No: 2:21-cv-741-JES-NPM

CITY OF ARCADIA, FLORIDA, a municipal corporation,

    Defendant.

**ORDER**

On December 20, 2022, the Court entered an Order (Doc. #36) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of January 2023.

    _____
    JOHN E. STEELE
    SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record